UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-36(03) JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL THOMAS EASON,<br><br>Defendant. | ) | STIPULATION |

Plaintiff United States of America and defendant Michael Eason hereby stipulate and agree that:

1. The Court has ordered that restitution in the above matter is payable in monthly installments of $500 per month over a period of three years to commence thirty days after defendant's release from imprisonment to a term of supervision.

2. Defendant will be released from prison on or about November 6, 2006, to commence a four year term of supervision.

3. During defendant's term of supervision, the monthly payment in the amount of $500 will be paid through administrative offset of defendant's Social Security benefits.

4. Upon termination of defendant's supervision, the United States may pursue administrative offsets and undertake other collection as authorized by law to the full amount as authorized by law.

5. Defendant has read and understands the provisions of this Stipulation and that this document constitutes the entire agreement

SCANNED
OCT 0 5 2006
U.S. DISTRICT COURT MPLS

between the parties. Defendant also understand that he has the right to be represented by counsel of his own choosing but voluntarily waives that right.

Dated: October 3, 2006

RACHEL K. PAULOSE
United States Attorney

M. Tripp

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Michael Thomas Eason

MICHAEL THOMAS EASON
Defendant