UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-36(03) JMR/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL EASON,

Defendant.

ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED

1. During defendant's term of supervision, the monthly payment in the amount of $500 will be paid through administrative offset of defendant's social security benefits.

Dated: October 5, 2006

*s/Franklin L. Noel*
Magistrate Judge
United States District Court